An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

RICKY D. LEWIS,
Appellant,
vs.
ROBERT LEGRAND, WARDEN,
Respondent.

No. 61666

FILED

APR 09 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER OF AFFIRMANCE

This is a proper person appeal from an order denying a post-conviction petition for a writ of habeas corpus challenging the computation of time served.[1] Sixth Judicial District Court, Pershing County; Michael Montero, Judge.

In his petition filed on October 26, 2011, appellant claimed that the NDOC violated due process and equal protection when it failed to properly credit him with 420 days pursuant to NRS 209.449, and 256 days of statutory good time and 100 days for participation in a re-entry program pursuant to NRS 209.4465. Based upon our review of the record on appeal, we conclude that the district court did not err in denying the petition because appellant failed to demonstrate that he was entitled to

---

[1]This appeal has been submitted for decision without oral argument, NRAP 34(f)(3), and we conclude that the record is sufficient for our review and briefing is unwarranted. See Luckett v. Warden, 91 Nev. 681, 682, 541 P.2d 910, 911 (1975).

SUPREME COURT
OF
NEVADA

(O) 1947A

13-10380

any additional credits and failed to demonstrate a violation of a constitutional right. Accordingly, we

ORDER the judgment of the district court AFFIRMED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Cherry

cc: Hon. Michael Montero, District Judge
Ricky D. Lewis
Attorney General/Las Vegas
Attorney General/Carson City
Pershing County Clerk